No. 71–15.  CONNECTICUT STATE BOARD OF PAROLE *v.* BEY.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded to the United States District Court for the District of Connecticut with directions to dismiss as moot.  *United States* v. *Munsingwear,* 340 U. S. 36.

No. A–356 (71–595).  NICHOL, DISTRICT ATTORNEY OF DANE COUNTY, ET AL. *v.* KENNAN ET AL.  D. C. W. D. Wis.  Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied without prejudice to an application for stay to three-judge district court.

No. 70–18.  ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY.  Appeal from D. C. N. D. Tex.¹ [Probable jurisdiction postponed, 402 U. S. 941.]  Motion of Women for the Unborn et al. for leave to file a brief as *amici curiae* granted.

No. 70–52.  UNITED STATES *v.* MISSISSIPPI CHEMICAL CORP. ET AL.  C. A. 5th Cir.  [Certiorari granted, 401 U. S. 908.]  Motion of M. F. A. Central Cooperative et al. for leave to participate in oral argument as *amici curiae* denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 71–5102.  CUNNINGHAM *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT, ET AL.  Motion for leave to file petition for writ of habeas corpus denied.

No. 70–5418.  GUY *v.* UNITED STATES.  Motion for leave to file petition for writ of mandamus denied.